# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDWARD POLK

NO. 2023 KW 0557

**AUGUST 14, 2023**

---

In Re: Edward Polk, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-10-0813.

---

BEFORE: McCLENDON, HESTER, AND MILLER, JJ.

**WRIT GRANTED.** The district court is ordered to act on relator's "Joint Motion to Enter Into Post Conviction Plea Agreement Pursuant To La. C. Cr. P. art. 930.10," filed November 29, 2022, on or before, September 13, 2023. A copy of the district court's action shall be filed in this court on or before September 20, 2023.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT